NUMBER 13-09-00100-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


________________________________________________________


INGRAM READYMIX, INC. AND SOUTHERN

CONTRACTING, INC. , Appellants,


v.



BENNETT, MARTIN, SOLKA AND TORNO, INC., 

GOVIND & ASSOCIATES, INC., AND 

W.R. GRACE & CO.-CONN., Appellees.

 

______________________________________ ________________


On Appeal from the 319th District Court 


of Nueces County, Texas.


__________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Benavides


Memorandum Opinion Per Curiam


 Appellant, Ingram Readymix, Inc., perfected an appeal from a judgment entered by
the 319th District Court of Nueces County, Texas, in cause number 08-6125-G. Appellant
has filed an unopposed motion to dismiss the appeal on grounds that the remaining parties
to this appeal have resolved their disputes. Appellant requests that this Court dismiss the
appeal.

 The Court, having considered the documents on file and appellant's unopposed
motion to dismiss the appeal, is of the opinion that the motion should be granted. See Tex.
R. App. P. 42.1(a). Appellant's unopposed motion to dismiss is granted, and the appeal
is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed
against the party incurring same. See Tex. R. App. P. 42.1(d) ("Absent agreement of the
parties, the court will tax costs against the appellant."). Having dismissed the appeal at
appellant's request, no motion for rehearing will be entertained, and our mandate will issue
forthwith.


 PER CURIAM

Memorandum Opinion delivered and

filed this the 13th day of August, 2009.